# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Blown Away, LLC, | ) | **COURT MINUTES** |
| | ) | BEFORE: Susan Richard Nelson |
| | ) | U.S. District Judge |
| Plaintiff, | ) | |
| | ) | Case No: 14cv3290 (SRN/JSM) |
| v. | ) | Date: June 18, 2015 |
| | ) | Court Reporter: Heather Schuetz |
| Blast Blow Dry Bar, LLC, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 7B |
| Defendant. | ) | Time Commenced: 9:35 a.m. |
| | ) | Time Concluded: 9:55 a.m. |
| | | Time in Court: 20 Minutes |

Hearing on: Defendant's Motion to Dismiss for Lack of Jurisdiction [Doc. No. 14], Plaintiff's Motion to Transfer/Change Venue [Doc. No. 21].

APPEARANCES:

    Plaintiff:    Ashley M. Bennett Ewald
    Defendant:    Michael M. Lafeber

PROCEEDINGS:

The motions were submitted, argued, and the Court ruled from the bench as follows:

While the Court doubts that it can exercise personal jurisdiction over Defendant, the Court favors resolution on the merits and does not find that Plaintiff acted in bad faith in filing this case in the District of Minnesota. Accordingly, pursuant to 28 U.S.C. §§ 1406(a) and 1631, the Court finds, that in the interest of justice, this matter should be transferred to the Western District of Texas, where it appears that this case could have been brought at the time it was filed.

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 14] is **DENIED**;

2. Plaintiff's Motion to Transfer Venue [Doc. No. 21] is **GRANTED**;

3. This action is transferred to the United States District Court for the Western District of Texas; and

4. The Clerk of Court is directed to effect the transfer.

    ☒ NO written order will be issued.

                                                                                    s/S.DelMonte
                                                                            Courtroom Deputy